# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MILTON RUDI, | Case No. 2:20-cv-3068 |
| Plaintiff, | Judge Michael H. Watson |
| vs. | Magistrate Judge Elizabeth A. Preston Deavers |
| LESLIE H. WEXNER, EDWARD RAZEK, DAVID T. KOLLAT, | |
| Defendants, | |
| and | |
| L BRANDS, INC., | |
| Nominal Defendant. | |

## STIPULATED ORDER STAYING PROCEEDINGS

WHEREAS, Plaintiff Milton Rudi filed this derivative action on May 19, 2020, asserting claims on behalf of nominal defendant L Brands, Inc. ("L Brands") against individual defendants Leslie H. Wexner, Edward Razek, and David T. Kollat (collectively, the "Individual Defendants" and with L Brands, the "Defendants");

WHEREAS, on May 20, 2020, the L Brands board of directors (the "Board") created a Special Committee of directors;

WHEREAS, the Special Committee represents that it has been delegated the full authority of the Board to review, investigate, and evaluate the subject matter of the demand letters sent by Plaintiff to the Board on February 12, 2020 and April 3, 2020 and to take any action it deems reasonably necessary and in the best interests of the Company and its

stockholders to address those letters or their subject matter, including any claims or litigation relating to their subject matter;

WHEREAS, on June 16, 2020, this action was removed from the Franklin County Court of Common Pleas to the United States District Court for the Southern District of Ohio (the "Court"); and

WHEREAS, given the Special Committee's ongoing work, and in the interests of judicial economy and efficiency, the parties have agreed to stay this action until December 29, 2020 so that the Special Committee can perform an investigation into the subject matter of the demand letters.

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED:

1. This action is stayed until December 29, 2020. Either of the parties or the parties jointly may apply to the Court for an extension of this stay if appropriate at that time in light of the Special Committee's ongoing work.

2. The parties will submit a joint status update to the Court on September 29, 2020.

3. Each of the Defendants hereby accepts service of the summons and the complaint.

4. The Defendants shall answer, move, or otherwise respond to the complaint within forty-five (45) days after the stay is lifted.

IT IS SO ORDERED this 6th day of July, 2020.

*Honorable Elizabeth A. Preston Deavers*

SO STIPULATED:

/s/ Geoffrey M. Johnson
Geoffrey M. Johnson (0073084)
Scott+Scott Attorneys At Law LLP
12434 Cedar Road, Suite 12

/s/ Marion H. Little, Jr.
John W. Zeiger (0010707)
Marion H. Little, Jr. (0042679)
Matthew S. Zeiger (0075117)

Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
gjohnson@scott-scott.com

Attorney for Plaintiff
Milton Rudi

/s/ Lowell B. Howard, Jr.
Lowell B. (Chip) Howard, Jr. (0038988)
General Counsel
L Brands
Legal Department
3 Limited Parkway
Columbus, OH 43230
(614) 415-7248
lbhoward@lb.com

/s/ Carole S. Rendon
Carole S. Rendon (0070345)
BakerHostetler
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 861-7420
(Fax) (216) 696-0740
crendon@bakerlaw.com

Attorney for Defendant
Edward Razek

Zeiger, Tigges & Little llp
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-9900
(Fax) (614) 365-7900
zeiger@litohio.com
little@litohio.com
zeigerm@litohio.com

Attorneys for Defendant
Leslie H. Wexner

/s/ Roger P. Sugarman
Roger P. Sugarman (0012007)
Kegler, Brown, Hill & Ritter
A Legal Professional Association
1800 Capitol Square
65 East State Street
Columbus, OH 43215-4213
(614) 462-5422
(Fax) (614) 464-2634
rsugarman@keglerbrown.com

Attorney for Defendant
David T. Kollat

3