**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Milton Rudi,

      vs.                                    Case No. 2:20-cv-3068

Leslie H. Wexner, *et al.*,                  **Judge Michael H. Watson**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the May 16, 2022 Opinion and Order, GRANTING Motion for Final Approval of Settlement; GRANTING Motion for an Award of Attorney's Fees and Expenses.

Date:  **May 16, 2022**        **Richard Nagel, Clerk**

                                        s/ Jennifer Kacsor
                                      By Jennifer Kacsor/Courtroom Deputy